JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-6067-JFW(KSx)** | Date: August 13, 2024 |
| Title: | Mark Oravetz -v- Federal Reserve Bank of San Francisco, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION**

   Based on the Declaration of Amy C. Hirsch Regarding Meet and Confer Efforts, filed August 9, 2024 (Docket No. 15-1), Plaintiff Mark Oravetz ("Plaintiff") has failed to participate in the filing of the Joint Report required by the Court's Order of July 19, 2024. Accordingly, this action is **DISMISSED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr